# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TOMMY YESBICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3404

[January 22, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 09-8417CF10A.

Tommy Yesbick, Graceville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***